UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **WILLIAM D. MOHESKY,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 4:23-CV-00926-NCC |
| **MARTIN O'MALLEY,**[1] **Commissioner of Social Security,** | ) |
| **Defendant.** | ) |

## JUDGMENT

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED** that Judgment is entered for Defendant Martin O'Malley, Commissioner of Social Security, and against Plaintiff William D. Mohesky, and Plaintiff's Complaint (Doc. 1) is **DISMISSED, with prejudice**.

Dated this 16th day of September, 2024.

/s/ Noelle C. Collins
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted, therefore, for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).